# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY JOHNSON,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | No. 10-3444 |
| BOGALUSA CITY, et al.,<br>    Defendants | SECTION "E" |

### ORDER

Before the Court is Defendants' motion for summary judgment, which Plaintiff opposes.[1] The motion is **DENIED**. At a minimum, there is a genuine issue of material fact whether Defendants maintained an unconstitutional policy, through a policy itself or by a failure to train, of evaluating the credibility of witnesses as part of their decision whether to disclose witnesses' statements under *Brady v. Maryland*, 373 U.S. 83 (1963). A jury could conclude that "policymakers [were] on actual or constructive notice that a particular omission in their training program cause[d]" Defendants "to violate citizens' constitutional rights," *Connick v. Thompson*, 131 S. Ct. 1350, 1360 (2011), because the Fifth Circuit had explicitly rejected this dubious practice more than six months before Plaintiff's trial, *Lindsey v. King*, 769 F.2d 1034, 1040 (5th Cir. 1985), yet Defendants persisted in their unconstitutional conduct through trial (and for many years afterwards). This is but one example of several ways a jury could find in Plaintiff's favor.

**IT IS SO ORDERED.**

---

[1]     R. Docs. Nos. 162, 175.

1

New Orleans, Louisiana, this 21st day of August, 2013.

                              _____
                                    **SUSIE MORGAN**
                         **UNITED STATES DISTRICT JUDGE**