# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.6000
www.cov.com

September 13, 2013

BY ELECTROINC MAIL

The Honorable Karen Wells Roby
500 Poydras Street
Room B437
New Orleans, LA 70130

    Re:    <u>Johnson v. City of Bogalusa, et al.:  Civil Action No. 10-3444</u>

Dear Judge Roby:

    The above-captioned case is set for trial before Judge Morgan on September 23, 2013. On behalf of the parties, I am writing to inform you that the parties have agreed to settle all remaining claims.  The parties have agreed, in writing, to all material terms, and we expect to complete the formal legal documents pertaining to the settlement next week.

    I have copied Ms. Bowers, the attorney for the defendants, on the email by which I am transmitting this letter.  At Ms. Bowers' request, I have affixed her electronic signature.

    At the request of Judge Morgan's law clerk, I will file a copy of this letter on the CM/ECF system this afternoon.

    Our understanding is that after we send this letter to you and file this letter on the CM/ECF system, the pending pre-trial deadlines in our case will be adjourned pending finalization of the settlement paperwork.  Now that we have a settlement agreement, our goal is to eliminate the fees and costs associated with trial preparation.  Please let us know if anything more is required from us at this time.

COVINGTON & BURLING LLP

Respectfully submitted,

/s/ Matthew F. Dunn
Benjamin S. Haley, *pro hac vice*
Matthew F. Dunn, *pro hac vice*
Ronald G. Rubio, *pro hac vice*
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Phone:  (202) 662-5314
Fax:  (202) 662-6291
Email:  mdunn@cov.com

Rachel Conner (Bar No. 29726)
3015 Magazine Street
New Orleans, LA 70115
Phone:  (504) 581-9083
Fax:  (504) 527-6156
Email:  rachel@connersothern.com

*Counsel for Plaintiff Anthony Johnson*

/s/ Patricia Nalley Bowers
Patricia Nalley Bowers
Trial Attorney
Louisiana Bar Roll Number 3341
Bowers & Bowers
3615 Magazine Street
New Orleans, LA 70115
Phone: (504) 218-7066
Fax: (504) 218-8891
tricia@bowersfirm.com

*Counsel for Defendants The Honorable Walter P. Reed; The Honorable Marion B. Farmer; and Lewis V. Murray III, all in their official capacity only*

COVINGTON & BURLING LLP

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Patricia Nalley Bowers, Esq.

Dated:  September 13, 2013                 /s/  Matthew F. Dunn
                                                           Matthew F. Dunn, *pro hac vice*
                                                           Covington & Burling LLP
                                                           1201 Pennsylvania Avenue, NW
                                                           Washington, DC 20004
                                                           Phone: (202) 662-5314
                                                           Fax: (202) 778-5314
                                                           Email:  mdunn@cov.com

                                                           *Counsel for Plaintiff Anthony Johnson*