**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ANTHONY JOHNSON**                                    **CIVIL ACTION**

**VERSUS**                                                       **NO:   10-3444**

**CITY OF BOGALUSA, ET AL**                        **SECTION: "E" (4)**

## ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference continuing by telephone **(Rec. Doc. #194)** is **Cancelled.**  A copy of the correspondence is attached to this Order and has been separately filed into the record. (Rec. Doc. No. 196).

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 16th day of September 2013

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Susie Morgan**

# COVINGTON & BURLING LLP

BEIJING  BRUSSELS  LONDON  NEW YORK
SAN DIEGO  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.6000
www.cov.com

September 13, 2013

BY ELECTROINC MAIL

The Honorable Karen Wells Roby
500 Poydras Street
Room B437
New Orleans, LA 70130

      Re:     Johnson v. City of Bogalusa, et al.:  Civil Action No. 10-3444

Dear Judge Roby:

The above-captioned case is set for trial before Judge Morgan on September 23, 2013. On behalf of the parties, I am writing to inform you that the parties have agreed to settle all remaining claims.  The parties have agreed, in writing, to all material terms, and we expect to complete the formal legal documents pertaining to the settlement next week.

I have copied Ms. Bowers, the attorney for the defendants, on the email by which I am transmitting this letter.  At Ms. Bowers' request, I have affixed her electronic signature.

At the request of Judge Morgan's law clerk, I will file a copy of this letter on the CM/ECF system this afternoon.

Our understanding is that after we send this letter to you and file this letter on the CM/ECF system, the pending pre-trial deadlines in our case will be adjourned pending finalization of the settlement paperwork.  Now that we have a settlement agreement, our goal is to eliminate the fees and costs associated with trial preparation.  Please let us know if anything more is required from us at this time.

COVINGTON & BURLING LLP

The Honorable Karen Wells Roby
September 13, 2013
Page 2

Respectfully submitted,

/s/ Matthew F. Dunn
Benjamin S. Haley, *pro hac vice*
Matthew F. Dunn, *pro hac vice*
Ronald G. Rubio, *pro hac vice*
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Phone:  (202) 662-5314
Fax:  (202) 662-6291
Email:  mdunn@cov.com

Rachel Conner (Bar No. 29726)
3015 Magazine Street
New Orleans, LA 70115
Phone:  (504) 581-9083
Fax:  (504) 527-6156
Email:  rachel@connersothern.com

*Counsel for Plaintiff Anthony Johnson*

/s/ Patricia Nalley Bowers
Patricia Nalley Bowers
Trial Attorney
Louisiana Bar Roll Number 3341
Bowers & Bowers
3615 Magazine Street
New Orleans, LA 70115
Phone: (504) 218-7066
Fax: (504) 218-8891
tricia@bowersfirm.com

*Counsel for Defendants The Honorable
Walter P. Reed; The Honorable Marion B.
Farmer; and Lewis V. Murray III, all in
their official capacity only*