UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY JOHNSON,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**THE CITY OF BOGALUSA, et al.,**<br><br>　　　　　　Defendants. | Civil Action No. 2:10-cv-03444<br><br>Section E; Division 4<br><br>Judge Susie Morgan<br><br>Magistrate Judge Karen Wells Roby |

## JOINT MOTION TO DISMISS CLAIMS BY PLAINTIFF ANTHONY JOHNSON

NOW INTO COURT, through undersigned counsel, come Plaintiff Anthony Johnson and Defendants, The Honorable Walter P. Reed, in his official capacity; The Honorable Marion B. Farmer, in his official capacity; and Lewis V. Murray, III, in his official capacity (collectively, the "Parties") and move this Court for an order dismissing with prejudice all of his claims against Defendants Reed, Farmer, and Murray, as all issues among them have been fully compromised and settled through a settlement agreement (the "Settlement Agreement"). Each party is to bear its own costs. The Parties request that this Court retain jurisdiction to enforce the Settlement Agreement and to resolve any dispute arising out of the Settlement Agreement.

Dated:  November 15, 2013　　　　　　　　　　　Respectfully submitted,

/s/ Matthew F. Dunn
Benjamin S. Haley, *pro hac vice*
Matthew F. Dunn, *pro hac vice*
Ronald G. Rubio, *pro hac vice*
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Phone:  (202) 662-5314
Fax:  (202) 778-5314
Email:  mdunn@cov.com

Rachel Conner (Bar No. 29726)
3015 Magazine Street
New Orleans, LA 70115
Phone:  (504) 581-9083
Fax:  (504) 527-6156
Email:  rachel@connersothern.com

*Counsel for Plaintiff Anthony Johnson*


/s/ Patricia Nalley Bowers
Patricia Nalley Bowers
Trial Attorney
Louisiana Bar Roll Number 3341
Bowers & Bowers LLC
1218 Amelia Street
New Orleans, LA 70115
Phone: (504) 218-7066
Fax: (504) 218-8891
tricia@bowersfirm.com

*Counsel for Defendants The Honorable Walter P. Reed; The Honorable Marion B. Farmer; and Lewis V. Murray III*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Patricia Nalley Bowers, Esq.


Dated: November 15, 2013           /s/ Matthew F. Dunn
                   Matthew F. Dunn, *pro hac vice*
                   Covington & Burling LLP
                   1201 Pennsylvania Avenue NW
                   Washington, DC 20004
                   Phone: (202) 662-5314
                   Fax: (202) 778-5314
                   Email: mdunn@cov.com


                   *Counsel for Plaintiff Anthony Johnson*