UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY JOHNSON,**<br><br>        **Plaintiff,**<br><br>            v.<br><br>**THE CITY OF BOGALUSA, et al.,**<br><br>        **Defendants.** | Civil Action No. 2:10-cv-03444<br><br>Section E; Division 4<br><br>Judge Susie Morgan<br><br>Magistrate Judge Karen Wells Roby |

## ORDER

Considering the foregoing motion, it is hereby ordered that the claims of Plaintiff Anthony Johnson against the Honorable Walter P. Reed, in his official capacity; the Honorable Marion B. Farmer, in his official capacity; and Lewis V. Murray, III, in his official capacity are hereby dismissed with prejudice.  Each party is to bear their own costs.  This Court shall retain jurisdiction to enforce the Settlement Agreement and to resolve any dispute arising out of the Settlement Agreement.

New Orleans, Louisiana this 18th day of November, 2013.

_____
DISTRICT JUDGE